United States District Court
Southern District of Texas

**ENTERED**

July 01, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALESSANDRO F. CERVANTES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-241 |
| | § | |
| VELOCITY COMMERCIAL CAPITAL, | § | |
| LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Plaintiff's Motion for Referral to ADR. (Dkt. No. 25). On June 1, 2026, District Judge Marina Garcia Marmolejo referred the Motion to the Undersigned for a Report and Recommendation. (Dkt. No. 29). In the Motion, Plaintiff requests the Court order the Parties engage in either mediation or alternative dispute resolution. (Dkt. No. 25 at 4).

However, an initial scheduling conference was held before the Undersigned on July 1, 2026, to establish a Scheduling Order. (Minute Entry Dated July 1, 2026). The Scheduling Order includes an order to mediate by November 15, 2026. (Dkt. No. 36 at 2, n.3).

Accordingly, the Undersigned **RECOMMENDS** that Plaintiff's Motion for Referral to ADR, (Dkt. No. 25), be **DENIED AS MOOT.**

At the close of the hearing, Plaintiff and Defendants through their respective counsel were advised that they would have fourteen days to object to the Undersigned's Report and Recommendation. (Hrg. at 10:43–10:44). The Parties thereafter orally waived their right to object to this Report and Recommendation and requested that the District Court accept the findings and recommendations in this report. (Hrg. at 10:45). Therefore, the District Court may act on this Report immediately.

IT IS SO **ORDERED**.

**SIGNED** on July 1, 2026.

_____
Brian C. Bajew
United States Magistrate Judge