United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALESSANDRO F. CERVANTES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-241 |
| | § | |
| VELOCITY COMMERCIAL | § | |
| CAPITAL, LLC *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Plaintiff's Motion for Referral to ADR/Mediation to United States Magistrate Judge Brian C. Bajew for a Report and Recommendation (*see* Dkt. No. 30). Judge Bajew recommended denying the motion as moot, as the scheduling order includes an order to mediate by November 15, 2026 (Dkt. No. 37 at 1). At the close of the initial scheduling conference, the parties orally waived their right to object to Judge Bajew's recommendation (Min. Ent. July 1, 2026). Therefore, the Court may immediately act on the Report and Recommendation. *See McBay v. Stone*, No. 5:25-CV-00112-JRG-JBB, 2026 WL 806861, at *1 n.1 (E.D. Tex. Jan. 13, 2026).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge Bajew's Report and Recommendation (Dkt. No. 37).

Accordingly, Plaintiff's Motion for Referral to Mediation/ADR (Dkt. No. 25) is **DENIED AS MOOT**.

1

2

It is so **ORDERED**.

**SIGNED** July 2, 2026.

Marina Garcia Marmolejo
United States District Judge